IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY, CAMDEN VICINAGE

| | |
|---|---|
| **MARTIN KRATZ, EXECUTOR** For the Estate of **GLADYS KRATZ**, Deceased, and **MARTIN KRATZ**, Individually, | : : : : : |
| *Plaintiff* | : : |
| *v.* | : : : |
| **LINWOOD CARE CENTER, REVERA HEALTH SYSTEMS, ABC, INC. (1-10); JOHN DOE, (1-10) and JANE DOE, R.N. (1-10)** said names, ABC, Inc. John Doe and Jane Doe, being fictitious, Jointly, individually, and in the alternative, | : : : : : : : : |
| **Defendants** | : : |

CIVIL ACTION

NO. 1:15-CV-02906-JHR-JS

## CORPORATE DISCLOSURE STATEMENT

     Pursuant to Fed. R. Civ. P. 7.1, Defendant, CPL (LINWOOD) LLC d/b/a Linwood Care Center (improperly pled as Linwood Care Center) certifies as follows:

     1.     The sole member of CPL (LINWOOD) LLC is New Jersey CPL Holdings LLC, and the sole member of New Jersey CPL Holdings LLC is New Jersey Subacute LLC. The members of New Jersey Subacute LLC are Revera Assisted Living Inc. and Revera Holdings Inc. Revera Assisted Living Inc. is owned by Ontario Ltd and Revera Inc., while Revera Holdings Inc. is owned by Nova Scotia Co.

                                                                */s/ Matthew T. Corso*
                                                                Matthew T. Corso

Dated: April 30, 2015