Matthew Corso
**BUCHANAN INGERSOLL & ROONEY PC**
700 Alexander Park, Suite 300
Princeton, New Jersey 08540
(609) 987-6800
*Attorneys for Defendants*, CPL (LINWOOD) LLC d/b/a Linwood Care Center (improperly pled as Linwood Care Center) and Revera Health Systems, Inc. (improperly pled as Revera Health Systems)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY – CAMDEN VICINAGE

| | | |
|---|---|---|
| **MARTIN KRATZ, EXECUTOR** For the Estate of **GLADYS KRATZ,** Deceased, and **MARTIN KRATZ,** Individually, | : : : : : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : : | NO. 1:15-CV-02906-JHR-JS |
| | : : | HON. JOEL SCHNEIDER, U.S.M.J. |
| *v.* | : : | |
| **LINWOOD CARE CENTER, REVERA HEALTH SYSTEMS, ABC, INC. (1-10); JOHN DOE, (1-10) and JANE DOE, R.N. (1-10) said names, ABC, Inc. John Doe and Jane Doe, being fictitious, Jointly, individually, and in the alternative,** | : : : : : : : : | **NOTICE OF MOTION TO COMPEL DISCOVERY** |
| *Defendants* | : | |

TO:   Sherri Warfel, Esq.
       Pellettieri, Rabstein & Altman
       100 Nassau Park Boulevard, Suite 111
       Princeton, NJ 08540

**PLEASE TAKE NOTICE** that on Monday, December 7, 2015 at 10:00 a.m., or thereafter as soon as counsel may be heard, Defendants CPL (LINWOOD) LLC d/b/a Linwood Care Center (improperly pled as Linwood Care Center) and Revera Health Systems, Inc. (improperly pled as Revera Health Systems) (hereinafter "Defendants") will move before The

Honorable Joel Schneider, U.S.M.J. at the United States Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for an Order compelling Plaintiff, Martin Kratz ("Plaintiff") to respond to Defendants' Initial Discovery Requests. Defendants' Motion is made pursuant to this Court's Order dated October 27, 2015, which required responses to Defendants' Initial Discovery Requests by November 10, 2015, and Rule 37(a)(3)(B)(iii) and (iv) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion Defendants rely upon the concurrently submitted Certification of Matthew Corso.

In accordance with Local Rule 7.1(e), a proposed order is submitted herewith.

    Respectfully submitted,

    */s/ Matthew Corso*

    Matthew Corso
    Buchanan Ingersoll & Rooney
    700 Alexander Park, Suite 300
    Princeton, NJ  08540
    609-987-6870
    609-520-0360 facsimile

    *Attorneys for Defendants CPL (LINWOOD)*
    *LLC d/b/a Linwood Care Center*
    *(improperly pled as Linwood Care Center)*
    *and Revera Health Systems, Inc.*
    *(improperly pled as Revera Health Systems)*

Dated:  November 13, 2015