[Doc. No. 12]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY – CAMDEN VICINAGE

| | |
|---|---|
| MARTIN KRATZ, EXECUTOR For the Estate of GLADYS KRATZ, Deceased, and MARTIN KRATZ, Individually, :<br><br>*Plaintiff* :<br><br>v. :<br><br>LINWOOD CARE CENTER, REVERA HEALTH SYSTEMS, ABC, INC. (1-10); JOHN DOE, (1-10) and JANE DOE, R.N. (1-10) said names, ABC, Inc. John Doe and Jane Doe, being fictitious, Jointly, individually, and in the alternative,<br><br>*Defendants* | CIVIL ACTION<br><br>NO. 1:15-CV-02906-JHR-JS<br><br>HON. JOEL SCHNEIDER, U.S.M.J.<br><br>ORDER |

THIS MATTER having been brought before the Court upon the application of Buchanan Ingersoll & Rooney, P.C., attorneys for Defendants CPL (LINWOOD) LLC d/b/a Linwood Care Center (improperly pled as Linwood Care Center) and Revera Health Systems, Inc. (improperly pled as Revera Health Systems) (hereinafter "Defendants") for the entry of an Order granting its Motion to Compel Discovery, under Rule 37, on notice to Plaintiff Martin Kratz; the Court having considered the moving papers and any opposition thereto; and good cause having been shown,

IT IS HEREBY ORDERED THIS 18th day of November 2015 that Defendants' Motion to Compel is GRANTED;

IT IS FURTHER ORDERED that Plaintiff must provide Defendants with answers to Defendants' Initial Discovery Requests on or before November 25, 2015 ; and

**IT IS FURTHER ORDERED** that Defendants shall serve this Order upon Plaintiff's attorney within ~~three (3)~~ one (1) days of the date of this Order. Defense counsel shall promptly advise the Court if plaintiffs do not comply with this Order.

_____
JOEL SCHNEIDER
United States Magistrate Judge